UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARC FEINER et al,

                Plaintiffs,

     -against-

CITY OF NEW YORK,

                Defendant.

**ORDER**

16 Civ. 8675 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

      The conference currently scheduled for April 7, 2022 at 12:15 p.m. will instead take place on **April 7, 2022 at 9:00 a.m.**

Dated: New York, New York
       March 30, 2022

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge