IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| MARC FEINER, *et al*.<br><br>　　　　　　　　　Plaintiffs,<br><br>v.<br><br>THE CITY OF NEW YORK,<br><br>　　　　　　　　　Defendant. | Case No. 1:16-CV-08675-PGG<br>(JURY TRIAL DEMANDED) |

**NOTICE OF FILING CONSENT TO JOIN FORMS**

The plaintiffs, by and through counsel, hereby file Consent to Sue forms on behalf of the following individual:

1. Tele T Agbekodo
   51 West 129th Street #20
   New York, NY 10027
   New York County

2. Frank W Agbi
   140 Casals Place 23A
   Bronx, NY 10475
   Bronx County

3. Francis Aglamey
   530 Jackson Apt 3C
   Bronx, NY 10455
   Bronx County

4. Marisela Arroyo
   719 Sarah Street
   Stroudsburg, PA 18360
   Monroe County

5. Judy Arthur
   269 Varick Street 3d
   Jersey City, NJ 7302
   Hudson County

6. Olufemi A Asani
   24 Ford St Apt 2B

    Brooklyn, NY 11213
    Kings County

7. Ross I Barnes Sr
    130-18 95 Avenue
    South Richmond Hill, NY 11419
    Queens County

8. Eric Chen
    186 Bay 17th Street 2nd Floor
    Brooklyn, NY 11214
    Kings County

9. Stephanie Y Chen
    130 Bradhurst Ave #403
    New York, NY 10039
    New York County

10. Yvette D Cox
    3400 Snyder Avenue 6F
    Brooklyn, NY 11203
    Kings County

11. Carson Clyde Cupid
    32 Cornelia Street
    Brooklyn, NY 11221
    Kings County

12. Madena N Francis
    537 West 156 St apt2
    New York, NY 10032
    New York County

13. Irina Gumskaya
    5501 15th Ave, Apt 4D
    Brooklyn, NY 11219
    Kings County

14. Donna M Hill-Allen
    2811 Exterior Street #4A
    Bronx, NY 10463
    Bronx County

15. Hazel Lee Johnson
    2302 34th Ave
    Astoria, NY 11106
    Queens County

16. Abuhana M Kamal
    11447 Inwood Street

    Jamaica, NY 11436
    Queens County

17. Heather Angela Lomax
    3205 Beverly Road
    Brooklyn, NY 11226
    Kings County

18. Nadiya I Martynets
    2160 Gerritsen Ave
    Brooklyn, NY 11229
    Kings County

19. Priscilla Miguelina Natera
    1975 Birchall Ave #5C
    Bronx, NY 10462
    Bronx County

20. Chidi F Ogbuagu
    1025 East 228th Street
    Bronx, NY 10466
    Bronx County

21. Justice J Ohonba
    2004 Bathgate Avenue #1
    Bronx, NY 10457
    Bronx County

22. Jaleel M Parker
    291 Jefferson Avenue
    Brooklyn, NY 11216
    Kings County

23. Rose Elizabeth Percy
    93-37 210th Pl
    Queens, NY 11428
    Queens County

24. Christine A Rinaldi
    2004 Seagirt Blvd Apt 5A
    Far Rockaway, NY 11691
    Queens County

25. Victor Manuel Rivera
    2971 Frederick Douglass Blvd
    New York City, NY 10039
    New York County

26. Ivy E Simpson
    450 West 148th Street

    New York, NY 10031
    New York County

27. Valentina Spektor
    414 Elmwood Avenue, apt. 4B
    Brooklyn, NY 11230
    Kings County

28. Irina Svitlik
    101 Clark Street, #27K
    Brooklyn, NY 11201
    Kings County

29. Mara Turian
    260 65th
    Brooklyn, NY 11220
    Kings County

The Consent to Sue forms for the above-named opt-in Plaintiffs is attached hereto as Exhibit A.

Dated: June 4, 2022                      Respectfully submitted,

                                                 /s/ *Gregory K. McGillivary*
                                                 Gregory K. McGillivary
                                                 Diana J. Nobile
                                                 Sarah M. Block
                                                 MCGILLIVARY STEELE ELKIN LLP
                                                 1101 Vermont Ave., N.W.
                                                 Suite 1000
                                                 Washington, DC 20005
                                                 Phone: (202) 833-8855

                                                 /s/ *Hope Pordy*
                                                 Hope Pordy
                                                 SPIVAK LIPTON LLP
                                                 1700 Broadway
                                                 Suite 2100
                                                 New York, NY 10019
                                                 Phone: (212) 765-2100
                                                 hpordy@spivaklipton.com

## CERTIFICATE OF SERVICE

The undersigned attorney certifies that a copy of the foregoing wass served on the following individuals on June 4, 2022 via ECF:

Andrea O'Connor
NYC Law Department
Office of the Corporation Counsel (NYC)
100 Church Street
New York, NY 10007
(212)676-2750
Fax: (212)788-8877
Email: aoconnor@law.nyc.gov

Felice B. Ekelman
Adam Simeon Gross
Jackson Lewis P.C. (NY)
666 Third Avenue
29th Floor
New York, NY 10017
212-545-4005
Fax: 212-972-3213
Email: ekelmanf@jacksonlewis.com
           adam.gross@jacksonlewis.com

*Counsel for Defendant*

/s/ Gregory K. McGillivary
Gregory K. McGillivary