UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARC FEINER, et al.,

        Plaintiffs,

        v.

CITY OF NEW YORK,

        Defendant.

**ORDER**

16 Civ. 8675 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        This Court will conduct a telephone conference in this matter on **Monday, December 12, 2022, at 12:00 noon**.

Dated:  New York, New York
         November 21, 2022

                              SO ORDERED.

                              _____
                              Paul G. Gardephe
                              United States District Judge