

Gregory McGillivary
gkm@mselaborlaw.com

January 10, 2023

**VIA ECF**
Hon. Paul G. Gardephe
United States District Court
Southern District of New York
500 Pearl Street, Room 2204
New York, NY 10007

Re:   *Feiner, et. al. v. City of New York,* Case No. 1:16-cv-08675

Dear Judge Gardephe:

I represent the Plaintiffs in the above-referenced case and I write regarding the Settlement Agreement in this matter.

On December 20, 2022, the Parties submitted the settlement for approval pursuant to *Cheeks v. Freeport Pancake House, Inc.,* 796 F.3d 199, 206 (2d Cir. 2015) (Dkt. 85). As explained in the *Cheeks* letter, Plaintiffs had until January 9, 2023, to review their settlement allocation and to lodge any disputes to the points allocated to them based on the City's payroll and timekeeping records.

No Plaintiff objected to the settlement, and all disputes have been resolved. Accordingly, attached to this letter is a copy of the Final Exhibit A to the Settlement Agreement, reflecting each Plaintiff's settlement allocation after the deduction of attorneys' fees and expenses.

Please do not hesitate to contact me with any questions.

Sincerely,

McGILLIVARY STEELE ELKIN LLP

Gregory K. McGillivary

cc:   All Counsel (via ECF)

(202) 833-8855 *Main* | (202) 452-1090 *Fax* | info@mselaborlaw.com *Email* | www.mselaborlaw.com
1101 Vermont Avenue NW, Suite 1000 | Washington, D.C. 20005